NUMBER 13-06-00670-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE FIRST NATIONAL BANK





On Petition for Writ of Mandamus


and Request for Temporary Relief








Memorandum Opinion



Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam (1)





 Relator, First National Bank, filed a petition for writ of mandamus and a motion for
temporary relief in the above cause. On December 7, 2006, we issued an order staying
all proceeding before the trial court and requested a response from the real party in
interest, Lillian Ruth Soto. The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown itself
entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. This Court's order staying the trial court's proceedings is LIFTED.

 PER CURIAM

Opinion delivered and filed on


this the 6th day of March, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).